## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 27th day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Reginald W. Jackson, Esquire
*Vorys, Sater, Seymour & Pease LLP*
52 East Gay Street
Columbus, OH 43215

_____
Mary E. Augustine (No. 4477)